UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CINTAS CORPORATION, Plan Administrator for the Cintas Partners' Plan, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROBERT J. ABEL; DAVID J. ABRAHAMSEN; NICHOLAS ACKERMAN; RANDALL ADAMS; JACK ADDISON; DONALD ADKINS; JOSEPH W. ADOLPH; BRADLEY AGLER; JASON AGOSTINI; VINCE AGOZZINO, <br><br> Defendants - Appellants. | No. 07-16318 <br><br> D.C. No. CV-06-01781-SBA <br> Northern District of California, Oakland <br><br><br> ORDER |

Before: D.W. NELSON, REINHARDT, and BEA, Circuit Judges.

The parties' joint request that the above-captioned appellate proceedings be dismissed as moot is GRANTED.

This case is hereby DISMISSED. All parties shall bear their own attorneys fees and costs on appeal.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.